UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                      Case No. 06-cr-8-01-SM

<u>John Carney</u>

<u>O R D E R</u>

Defendant's assented-to motion to continue the trial (document no. 16) is granted. Trial has been rescheduled for the March 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than October 23, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:    February 26, 2007 at 3:30 PM

    Jury Selection:    March 6, 2007 at 9:30 AM

    SO ORDERED.

October 12, 2006

                                                                _____
                                                                 Steven J. McAuliffe
                                                                 Chief Judge

cc:   Mark Irish, Esq.
       John Gillen, Esq.
       John Goggin, Esq.
       Keith Higgins, Esq.
       U. S. Probation
       U. S. Marshal